United States District Court

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ANGELA L. MORGAN,

10              Plaintiff,                    No. C 12-01865 JSW

11      v.

12   DIVERSIFIED COLLECTION SERVICES,         **ORDER TO SHOW CAUSE**
     INC.; DOES 1-10, inclusive,
13

14              Defendants.
     _____/

15

16          By order dated June 5, 2012, this Court set the case management conference for August

17   31, 2012, and required personal appearances by counsel.  By order dated August 27, 2012,

18   Plaintiff's request to appear by telephone at the initial case management conference was denied.

19   On Friday, August 31, 2012, this Court held the initial case management conference in this

20   matter.  Counsel for Plaintiff did not appear.  Accordingly, Plaintiff is HEREBY ORDERED

21   TO SHOW CAUSE in writing as to why this case should not be dismissed for failure to

22   prosecute or why the Court should not impose monetary sanctions in the amount of $500.00.

23   Plaintiff's response to this Order to Show Cause shall be due by September 7, 2012

24          **IT IS SO ORDERED.**

25

26   Dated:  August 31, 2012          _____
                                      JEFFREY S. WHITE
27                                    UNITED STATES DISTRICT JUDGE

28