**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGELA L. MORGAN,

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1-10, inclusive,

    Defendants.

No. C 12-1865 JSW

**ORDER REQUIRING JOINT STATUS REPORT RE SETTLEMENT AND DISMISSAL**

On September 7, 2012, the plaintiff filed a Notice of Settlement. (Docket No. 22.) There has been no further action taken in this case since that date, and the parties have not filed a dismissal. Accordingly, it is HEREBY ORDERED that the parties shall submit a joint status report by no later than January 15, 2013, advising the Court on the current status of settlement proceedings and when they expect to file a dismissal. If a dismissal is filed on or before that date, the parties need not file the status report.

**IT IS SO ORDERED.**

Dated: January 8, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE