G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
ANGELA L. MORGAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA L. MORGAN, <br><br> Plaintiff, <br><br> vs. <br><br> DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 - 10, inclusive. <br><br> Defendants. | Case No. C12-01865-JSW <br><br> **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 - 10, inclusive.** |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff ANGELA L. MORGAN against Defendant DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 - 10, inclusive are dismissed, with prejudice. Plaintiff ANGELA L. MORGAN and Defendant DIVERSIFIED COLLECTION SERVICES, INC shall each bear their own costs and attorneys' fees.

Date: March 22, 2013

*/s/ Jeffrey S. White*

JUDGE, United States District Court,
Northern District of California

Stipulation and [Proposed] Order of Dismissal